## STATE OF NEW HAMPSHIRE

ROCKINGHAM, SS.                                                                        SUPERIOR COURT

Wendy Evans; for herself and
On behalf of all others similarly situated

v.

Yum Brands, Inc.
Taco Bell Corporation
Taco Bell of America, Inc. and
TACALA North, Inc.

04-C-221

## DEFENDANTS' NOTICE TO STATE COURT FOR REMOVAL OF ACTION

Defendants Yum-Brands, Inc., Taco Bell Corp., Taco Bell of America, Inc., and TACALA North, Inc., all foreign corporations, hereby file this Notice to State Court of Removal of Action, and state as follows:

To:   Clerk of the Superior Court of the County of Rockingham, State of New Hampshire.

You are hereby notified that Defendants Yum-Brands, Inc., Taco Bell Corp., Taco Bell of America, Inc., and TACALA North, Inc., all foreign corporations, on March 19, 2004, have filed with the Clerk of the United States District Court for the District of New Hampshire their Notice of Removal of the above-styled action from this State Court to the Federal Court. A copy of the notice is attached as Exhibit "A". By filing this notice, Defendants Yum-Brands, Inc., Taco Bell Corp., Taco Bell of America, Inc., and TACALA North, Inc. have effected a removal of this action to the United States District Court for the District of New Hampshire.

Pursuant to 28 U.S.C. §1446(d), this Court is prohibited from proceeding further in the above-styled action unless and until the action is remanded.

March 19, 2004

Respectfully submitted,

Yum-Brands, Inc., Taco Bell Corp., Taco Bell of America, Inc., and TACALA North, Inc.

By their Attorneys,

By:  Andrew W. Serell, Esq. (#2298)
RATH, YOUNG and PIGNATELLI
One Capital Plaza
P.O. Box 1500
Concord, NH 03302
(603) 226-2600

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of March, 2004 service of a copy of the foregoing Notice of Removal was made on the attorney of record for plaintiff by mailing a true copy thereof, contained in a sealed envelope, with postage prepaid, addressed to said attorney as shown below.

Peter E. Hutchins, Esq.
Robert J. Consavage, Esq.
Darla S. Sedgwick, Esq.
Wiggin & Nourie, PA
P.O. Box 808
Manchester, NH  03105

By_____
Andrew W. Serell, Esq.