UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Wendy Evans</u>

     v.         Civil No. 04-cv-103-JD

<u>Taco Bell Corp.</u>

ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER: #53, Supplement to Defendant's Memo in Support of its Motion for Summary Judgment, filed by Defendant Taco Bell Corp.

DATE FILED: June 8, 2005

The document above fails to comply with:

LR 7.1(e)(3)  Surreply/Supplemental memo is not permitted without prior leave of court

It is herewith ordered that the document is stricken, returned herewith to the submitting party, and must be refiled.

SO ORDERED.

June 8, 2005

                    Joseph A. DiClerico, Jr.
                    District Judge

cc: Peter Hutchins, Esq.
   Andrew Serell, Esq.
   Bruce Tucker, Esq.