UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

1:04-cv-00103-JD

| | |
|---|---|
| WENDY EVANS, for herself and On behalf of others similarly situated | ( ( ( |
| Plaintiff | ( ( |
| vs. | ( |
| TACO BELL, CORP. | ( ( |
| Defendants | ( ( ( |

## NOTICE OF APPEAL

Notice is hereby given that the plaintiff, Wendy Evans, for herself and on behalf of others similarly situated, hereby appeals to the United States Court of Appeals for the First Circuit from the September 23, 2005 final judgment granting the defendant's Motion for Summary Judgment.

Dated: October 14, 2005

Respectfully submitted,
Wendy Evans and all class plaintiffs,
By their Attorneys

W. Wright Danenbarger, Esq #578
Peter E. Hutchins, Esq. #1231
Wiggin & Nourie, P.A.
670 North Commercial St., Suite 305
Manchester, NH 03105-0808
(603) 669-2211

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2005 service of a copy of the foregoing Notice of Appeal was made on the attorney of record for the Defendants by mailing a true copy thereof, contained in a sealed envelope, with postage prepaid, addressed to said attorney as shown below.

Andrew W. Serell, Esquire
RATH, YOUNG and PIGNATELLI, PA
One Capital Plaza
P.O. Box 1500
Concord, NH 03302

Bruce Tucker, Esquire
LEGAL MANAGEMENT SERVICES
55 Hammarlund Way
Middleton, RI 02842

By: _____
W. Wright Danenbarger, Esq.

2